UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLINGTON TORRES-ZULUAGA,

Petitioner,

v.

MINGA WOFFORD, et al.,

Respondents.

No. 1:26-cv-00318-DJC-EFB

ORDER

On January 23, 2026, this Court granted Petitioner's motion for temporary restraining order (ECF No. 10).  The Court ordered Respondents to show cause as to why this Court should not issue a preliminary injunction on the same terms as the motion for temporary restraining order.  Respondents filed a response (ECF No. 11) but have raised no new issues that alter the Court's previous determination.

Accordingly, for the reasons discussed in the order granting a temporary restraining order (*see* ECF No. 10) IT IS HEREBY ORDERED THAT:

1.  The Court GRANTS the request for a Preliminary Injunction.

2.  Having released Petitioner as required by the Temporary Restraining Order, Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is deemed to be necessary at a future pre-deprivation/custody hearing.

3.  Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice – describing the change of circumstances necessitating arrest – and detention, and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have her counsel present.

4.  The Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court.

5.   This matter is referred to the assigned Magistrate Judge for all further pre-trial proceedings.

IT IS SO ORDERED.

Dated:   **February 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – TORRES-ZULUAGA26cv00318.pi_v1